JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FERNANDEZ, | CV 19-3214 PA (RAOx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| MGP XI El MONTE CENTER, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's August 15, 2019 Minute Order dismissing this action for failure to prosecute or comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 15, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE